UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-21627 |
| Magdaleno & Laura Ocon, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: May 20, 2014 |
| Debtors. | ) | Time: 10:00 a.m. |

**Notice of Motion**

**TO:**   *See Attached Service List*

PLEASE TAKE NOTICE that on **Tuesday, May 20, 2014** at **10:00** a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable **Pamela S. Hollis**, at the United States Courthouse, 219 South Dearborn Street, Room 644, Chicago, Illinois and then and there present the **Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor**, a true and correct copy of which is attached hereto and hereby served upon you.

                                    /s/
                            Joseph A. Baldi

**Certificate Of Service**

I, Joseph A. Baldi, hereby certify that I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list at their respective addresses via CM/ECF electronic notice or via first class mail, postage prepaid, on April 28, 2014.

                                    /s/
                            Joseph A. Baldi


Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

*Service List*

**Magdaleno and Laura Ocon, debtors**
*Case No. 13-21627*

**Via CM/ECF Electronic Notice**

Office of the U.S. Trustee
Dirksen Federal Court House
219 S. Dearborn Street
Room 873
Chicago, IL  60604
USTPRegion11.ES.ECF@usdoj.gov


Thayer C. Torgerson, Esq.
*Debtors' Attorney*
ted@tedtorgersonlaw.com

Atlas Acquisitions, Inc.
*Creditor*
bk@atlasacq.com

**Via First Class Mail**

Magdaleno and Laura Ocon
3454 West 65th Street
Chicago, IL 60629

Tarpey, Jones & Schroeder LLC
225 W. Wacker Dr., Suite 1515
Chicago, IL 60606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Case No. 13-21627 |
| Magdaleno & Laura Ocon, | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: May 20, 2014 |
| Debtors. | ) | Time: 10:00 a.m. |

**Trustee's Motion to Approve Compromise and Settlement per Rule 9019
with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and
Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim,
and (iii) Personal Injury Exemption to Laura Ocon, debtor**

Joseph A. Baldi, as trustee ("Trustee") for the estate ("Estate") of Magdaleno and Laura Ocon, debtors ("Debtors"), by his attorneys and pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure ("Rules) and section 330 of title 11, United States Code ("Code"), moves this Court for the entry of an order 1) authorizing him to compromise and settle the Estate's claims relating to Laura Ocon's personal injury claim; 2) allowing and authorizing Trustee to pay from the settlement proceeds final compensation and expense reimbursement to the Estate's special counsel; 3) allowing and authorizing Trustee to pay public aid lien in the amount of $3,376.52 from the settlement proceeds; and 4) allowing and authorizing Trustee to pay $15,000.00 to Laura Ocon on account of her allowed personal injury exemption from the settlement proceeds. In support thereof, Trustee respectfully states as follows:

**Introduction**

1. Debtors commenced this case on May 23, 2013, by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

1

4. The bar date for filing claims in this case was February 25, 2014. Unsecured claims totaling $2,223.84 have been filed as of the date hereof.

## Employee Discrimination Claim

5. Among the assets of the Estate is a claim for personal injuries sustained by Laura Ocon, debtor at a supermarket on April 3, 2010 ("PI Claim"). The PI Claim is the subject of a lawsuit ("PI Litigation") which is currently pending in the Circuit Court of Cook County as <u>Laura Ocon v. Central Grocers, Inc., et al.</u>, Case No. 2012 L 0003523.

6. Prior to filing this bankruptcy case, Ms. Ocon retained Eric D. Jones and the law firm of Tarpey Jones Schroeder, LLC ("Jones") to pursue the PI Claim on her behalf.

7. The PI Claim became property of this Estate upon the filing of the petition commencing this case in accordance with section 541 of the Code.

8. On December 19, 2013, this Court authorized the Trustee to retain Jones as his special counsel for the purpose of pursuing the PI Litigation on behalf of the Estate.

## Settlement of PI Litigation

9. Defendants made a settlement offer to pay $46,000.00 in full satisfaction of the PI Claim in exchange for the dismissal with prejudice of the PI Litigation. Defendants shall pay the settlement amount promptly to the Estate after approval of this settlement and dismissal of the PI Litigation.

10. Trustee believes that the proposed settlement is fair and reasonable and in the best interests of the Estate. Jones, who specializes in personal injury actions similar to the PI Claim, has recommended that Trustee accept the terms of the settlement based upon his assessment of the merits of the case and risks associated with continued litigation. Furthermore, the amount of the proposed settlement will provide sufficient funds for the Trustee to pay 100% of timely filed general unsecured claims.

2

### Request to Pay Compensation and Expense Reimbursement to Special Counsel from the Settlement Proceeds

11. Under the agreement entered into with Jones in connection with his retention as special counsel to the Trustee, the terms of which were approved by this Court, Jones is entitled to receive one-third of any amount recovered in the PI Litigation. Accordingly, Trustee seeks authority to pay to Jones $15,333.33 from the settlement proceeds as final compensation for his services rendered on behalf of the Estate in settling and liquidating the PI Claim. In addition, Jones incurred actual and necessary expenses in the amount of $3,937.94 in connection with the services rendered for which Trustee seeks authorization to pay Jones from the settlement proceeds. A detailed list of the expenses incurred is attached hereto as Exhibit A.

### Payment of Public Aid Lien

12. Trustee has been informed by Jones that there is a valid public aid lien in favor of Illinois Department of Healthcare and Family Services asserted against the PI Claim. The public aid lien is in the amount of $3,376.52. Trustee requests authority to pay the public aid lien from the settlement proceeds.

### Payment to Laura Ocon, debtor

13. The Debtors claimed and are allowed a $15,000.00 personal injury exemption in the PI Litigation. Trustee requests authority to pay Laura Ocon, debtor the allowed exemption from the settlement proceeds.

14. As a result of the foregoing, and pursuant to the terms of the proposed settlement, the Estate shall receive net proceeds of $8,352.21 after payment of the amounts set forth above. A copy of the proposed settlement statement is attached hereto as Exhibit B.

### Notice

15. Trustee has provided 21 days' notice of this Motion to the Debtors, all creditors and other parties in interest, in the form attached hereto as Exhibit C.

WHEREFORE, Joseph A. Baldi, as Trustee of the Estate of Magdaleno and Laura Ocon, Debtors, requests that this Court enter an order:

3

A. Approving the proposed compromise and settlement of the PI Claim pursuant to the terms set forth herein;

B. Authorizing Trustee to execute any and all documents as may be necessary to implement the settlement;

C. Authorizing Trustee to execute any and all documents and take any such action as may be necessary to cause the PI Litigation to be dismissed with prejudice;

D. Allowing and authorizing Trustee to pay to Eric D. Jones and the law firm of Tarpey Jones & Schroeder LLC the sum of $15,333.33 as final compensation for his services rendered and $3,937.94 as reimbursement for actual expense incurred in the resolution of the PI Claim as special counsel to Trustee;

E. Allowing and authorizing Trustee to pay the public aid lien in the amount of $3,376.52 from the settlement proceeds;

F. Allowing and authorizing Trustee to pay to Laura Ocon, debtor the sum of $15,000.00 from the proceeds of settlement in full satisfaction of her claimed and allowed personal injury exemption; and,

G. For such other and further relief as this Court deems just and reasonable.

Dated: April 28, 2014                               Respectfully submitted,

                                                    Joseph A. Baldi, as trustee of the Estate of
                                                    Magdaleno and Laura Ocon, debtors


                                                    By:         /s/ Joseph A. Baldi
                                                            One of his attorneys

Joseph A. Baldi
Julia D. Loper
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150

4

EDJ/mo        12-18  #48188

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | | |
|---|---|---|---|
| LAURA OCON, | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | No. | 12 L 003523 |
| CENTRAL GROCERS, INC., SVT, LLC, d/b/a | ) | | |
| ULTRA FOODS, STRACK AND VAN SUPER | ) | | |
| MARKET, INC., and PEPSICO, INC., | ) | | |
| Defendants. | ) | | |

## SETTLEMENT STATEMENT

| | |
|---|---|
| Tarpey, Jones & Schroeder, LLC, reimbursement of expenses as indicated on attached | $ 3,937.94 |
| Tarpey, Jones & Schroeder, LLC, attorney's fees, legal services rendered (one-third) | $15,333.33 |
| Public Aid, lien | $ 3,376.52 |
| Laura Ocon, Bankruptcy exemption | $15,000.00 |
| Amount available for Bankruptcy Trustee | $8,352.21 |
| TOTAL SETTLEMENT | $46,000.00 |

I have read the above settlement and agree that it is true and correct and acceptable to me in full and final accounting of the above cause of action.

Dated:_____, 2014

_____
LAURA OCON

Exhibit B

| OCON (12-18) Reimbursement of Expenses to Tarpey, Jones & Schroeder, LLC ||
|---|---|
| ADR Systems of America, mediation | $2,120.00 |
| Eric D. Jones, reimbursement of cab fare | $32.00 |
| Wolcott, Wood & Taylor, records | $31.28 |
| Health Port, records | $310.45 |
| Jensen Litigation Solutions, deposition | $414.41 |
| Tarpey, Jones & Schroeder, reimbursement for parking | $18.00 |
| Record Copy Services, records | $213.00 |
| C2 Legal, copy service | $96.80 |
| Cook County Sheriff, summons service | $240.00 |
| Cook County Circuit Clerk, file complaint | $337.00 |
| McCorkle Court Reporters, deposition | $125.00 |
| TOTAL | $3,937.94 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-21627 |
| | ) | Chapter 7 |
| Magdaleno and Laura Ocon, | ) | Hon. Timothy A. Barnes |
| Debtors. | ) | Hearing Date:  May 20, 2014 |
| | ) | Time: 10:00 a.m. |

**Notice of Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor**

*To:    Debtors, All Creditors and Other Parties in Interest*

**PLEASE TAKE NOTICE** that on or about **April 28, 2014**, Joseph A. Baldi, as trustee, ("Trustee") of the estate of Magdaleno and Laura Ocon, debtors ("Debtors"), filed **Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor** ("Motion").  A copy of the Motion is on file and available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois  60604.  A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at www.ilnb.uscourts.gov/.

As set forth in the Motion, Trustee seeks authority to settle a claim ("PI Claim") arising from personal injuries sustained by Laura Ocon at a supermarket on April 3, 2010.  Laura Ocon filed suit in circuit court of Cook County to recover damages as a result of the personal injuries sustained ("PI Litigation").  On December 19, 2013, Trustee obtained authority to retain Eric D. Jones and the law firm of Tarpey Jones Schroeder, LLC ("Jones") as special counsel to continue to pursue the PI Litigation.  Trustee has received an offer from defendants in the PI Litigation to settle the PI Claim for the sum of $46,000.00 in exchange for a dismissal with prejudice of the PI Litigation and seeks authority to enter into the proposed settlement.  Trustee seeks allowance and authority to pay Jones, Trustee's special counsel, final compensation in the amount of $15,333.33 in connection with his representation of the estate and to pay Jones reimbursement of actual expenses incurred in the amount of $3,937.94.  Trustee is aware of a public aid lien claim in favor of Illinois Department of Healthcare and Family Services in the amount of $3,376.52 and requests authority to pay said lien claim from the proceeds of the settlement.  Trustee also seeks authority to pay $15,000.00 to Laura Ocon from the proceeds of the settlement on account of her claimed and allowed personal injury exemption in the PI Litigation.

Trustee believes it is in the best interests of the Estate to settle the PI Lawsuit for the sum of $46,000.00.  Jones, who specializes in personal injury cases similar to the PI Lawsuit, has recommended that Trustee accept the terms of the settlement based upon his assessment of the merits of the case and risks associated with litigating the PI Claim.  In addition, it appears that the proposed settlement will result in an estate from which there are sufficient funds to pay general unsecured creditors 100% of allowed timely filed proofs of claim.

Objections, if any, to the proposed settlement of the PI Claim or the payment of compensation and expenses requested in the Motion must be filed on or before **May 19, 2014,** with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, with a copy to be served concurrently upon Trustee's counsel at the address set forth below.

A hearing will be held upon the Trustee's Motion and any objections thereto on **Tuesday, May 20, 2014 at 10:00 a.m.** before the Honorable Pamela S. Hollis, Courtroom 644, 219 South Dearborn Street, Chicago, Illinois  60604, at which time you may, but need not, appear and be heard.  If no objections are filed or if no party requests a formal hearing on the Motion, the Motion may be granted without further hearing thereon.

Dated:  April 28, 2014              Joseph A. Baldi, Trustee of the
                                    Estate of Magdaleno and Laura Ocon, Debtors

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago  IL  60602
(312) 726-8150

# EXHIBIT C