**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | **Case No. 13-21627** |
| **Magdaleno and Laura Ocon,** | ) | **Hon. Pamela S. Hollis** |
| | ) | **Hearing Date: May 20, 2014** |
| **Debtors.** | ) | **Time: 10:00 AM** |

**Certificate of Service**

    I, Joseph A. Baldi, an attorney, hereby certify that I caused a true and correct copy of the attached **Notice of Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor**, to be served on the persons on the attached service list via first class mail, postage prepaid on April 28, 2014.

                              /s/
                              Joseph A. Baldi, Esq.
                              Attorney ID No. 00100145
                              Baldi Berg, Ltd.
                              Suite 200
                              20 N. Clark Street
                              Chicago, Illinois   60602
                              312-726-8150

Service List
Magdaleno and Laura Ontic Redondo
Case No. 13-21627

Arnold Harris
600 West Jackson Suite 710
Chicago, IL 60661-5682

Atlas Acquisitions LLC  (Citibank - South Dakota)
294 Union St.
Hackensack, NJ 07601-4303

Atlas Acquisitions LLC  (HSBC Bank USA, N.A.)
294 Union St.
Hackensack, NJ 07601-4303

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

I.C. Systems, Inc.
P.O. Box 64378
St Paul, MN 55164-0378

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Stellar Recovery Inc
1327 Us Highway 2 W
Kalispell, MT 59901-3413

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 13-21627 |
| | ) | Chapter 7 |
| Magdaleno and Laura Ocon, | ) | Hon. Timothy A. Barnes |
| Debtors. | ) | Hearing Date: May 20, 2014 |
| | ) | Time: 10:00 a.m. |

**Notice of Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Authorize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor**

To: Debtors, All Creditors and Other Parties in Interest

**PLEASE TAKE NOTICE** that on or about **April 28, 2014**, Joseph A. Baldi, as trustee, ("Trustee") of the estate of Magdaleno and Laura Ocon, debtors ("Debtors"), filed **Trustee's Motion to Approve Compromise and Settlement per Rule 9019 with Central Grocers, Inc., et al., and Auth orize Payments of (i) Final Compensation and Expense Reimbursement to Special Counsel, (ii) Public Aid Lien Claim, and (iii) Personal Injury Exemption to Laura Ocon, debtor** ("Motion"). A copy of the Motion is on file and available for inspection and copying at the office of the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604. A copy of the Motion may also be obtained from the Trustee's attorneys at the address set forth below and on the internet at the Court's web site at www.ilnb.uscourts.gov/.

As set forth in the Motion, Trustee seeks authority to settle a claim ("PI Claim") arising from personal injuries sustained by Laura Ocon at a supermarket on April 3, 2010. Laura Ocon filed suit in circuit court of Cook County to recover damages as a result of the personal injuries sustained ("PI Litigation"). On December 19, 2013, Trustee obtained authority to retain Eric D. Jones and the law firm of Tarpey Jones Schroeder, LLC ("Jones") as special counsel to continue to pursue the PI Litigation. Trustee has received an offer from defendants in the PI Litigation to settle the PI Claim for the sum of $46,000.00 in exchange for a dismissal with prejudice of the PI Litigation and seeks authority to enter into the proposed settlement. Trustee seeks allowance and authority to pay Jones, Trustee's special counsel, final compensation in the amount of $15,333.33 in connection with his representation of the estate and to pay Jones reimbursement of actual expenses incurred in the amount of $3,937.94. Trustee is aware of a public aid lien claim in favor of Illinois Department of Healthcare and Family Services in the amount of $3,376.52 and requests authority to pay said lien claim from the proceeds of the settlement. Trustee also seeks authority to pay $15,000.00 to Laura Ocon from the proceeds of the settlement on account of her claimed and allowed personal injury exemption in the PI Litigation.

Trustee believes it is in the best interests of the Estate to settle the PI Lawsuit for the sum of $46,000.00. Jones, who specializes in personal injury cases similar to the PI Lawsuit, has recommended that Trustee accept the terms of the settlement based upon his assessment of the merits of the case and risks associated with litigating the PI Claim. In addition, it appears that the proposed settlement will result in an estate from which there are sufficient funds to pay general unsecured creditors 100% of allowed timely filed proofs of claim.

Objections, if any, to the proposed settlement of the PI Claim or the payment of compensation and expenses requested in the Motion must be filed on or before **May 19, 2014,** with the Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois, 60604, with a copy to be served concurrently upon Trustee's counsel at the address set forth below.

A hearing will be held upon the Trustee's Motion and any objections thereto on **Tuesday, May 20, 2014 at 10:00 a.m.** before the Honorable Pamela S. Hollis, Courtroom 644, 219 South Dearborn Street, Chicago, Illinois 60604, at which time you may, but need not, appear and be heard. If no objections are filed or if no party requests a formal hearing on the Motion, the Motion may be granted without further hearing thereon.

Dated: April 28, 2014                                                    Joseph A. Baldi, Trustee of the
                                                                                             Estate of Magdaleno and Laura Ocon, Debtors

Joseph A. Baldi
Baldi Berg, Ltd.
20 N. Clark St.  Suite 200
Chicago  IL  60602
(312) 726-8150