UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
OCON, MAGDALENO § Case No. 13-21627 PSH
OCON, LAURA O. §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi_____
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-21627 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | OCON, MAGDALENO | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | OCON, LAURA O. | | 341(a) Meeting Date: | 07/12/13 |
| For Period Ending: | 06/23/14 | | Claims Bar Date: | 02/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3454 West 65th Street Chicago, Illinois 60626 | 182,604.00 | 0.00 | | 0.00 | FA |
| stay lifted per order 4/8/14 | | | | | |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Household Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Car Accident Eric Jones Attorney at Law 225 West W | 15,000.00 | 0.00 | | 0.00 | FA |
| Abandoned per order 12/19/13 | | | | | |
| 8. Slip and fall Eric Jones Attorney at Law 225 West | 15,000.00 | 31,000.00 | | 46,000.00 | FA |
| Settlement approved per court order 5/20/14 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. 2005 Dodge Caravan Passenger | 3,691.00 | 0.00 | | 0.00 | FA |
| 10. Tools | 3,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $222,945.00 | $31,000.00 | | $46,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Magdaleno Ocon party to personal injury lawsuit as a result of injuries sustained in auto accident; Trustee determined
no value to estate and abandoned Estate's interest. Laura Ocon party to PI lawsuit as a result of pre-petition injuries
sustained at a grocery store; Trustee received court authority to retain special counsel to prosecute the PI lawsuit
and liquidate the claim for damages; Trustee negotiated with defendant and pursuant to this Court's order was authorized

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-21627   Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
| Case Name: | OCON, MAGDALENO | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | OCON, LAURA O. | 341(a) Meeting Date: | 07/12/13 |
| | | Claims Bar Date: | 02/25/14 |

to settle the PI lawsuit; as a result, the Estate recovered gross proceeds of $46,000.00; as part of his motion to approve the proposed settlement, Trustee obtained court authority to pay his special counsel contingency fees and expenses and to pay Laura Ocon her personal injury exemption; Trustee has reviewed claims and prepared the TFR

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 13-21627 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | OCON, MAGDALENO | | Bank Name: | Associated Bank |
| | OCON, LAURA O. | | Account Number / CD #: | *******6958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9217 | | | |
| For Period Ending: | 06/23/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/14 | 8 | Sedgwick Claims Management Services, Inc on behalf of Pepsico - Mountainview | SETTLEMENT - OCON v CENTRAL GROCERS | 1142-000 | 3,376.52 | | 3,376.52 |
| 06/09/14 | 8 | Sedgwick Claims Management Services, Inc on behalf of Pepsico - Mountainview | SETTLEMENT - OCON v CENTRAL GROCERS | 1142-000 | 42,623.48 | | 46,000.00 |
| 06/12/14 | 001001 | TARPEY JONES & SHROEDER LLC 225 W. WACKER DRIVE, SUITE 1515 CHICAGO, IL 60606 | Special Counsel Fees Final Compensation allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 3210-600 | | 15,333.33 | 30,666.67 |
| 06/12/14 | 001002 | TARPEY JONES & SHROEDER LLC 225 W. WACKER DRIVE, SUITE 1515 CHICAGO, IL 60606 | Special Counsel Expenses Reimbursement of Expenses allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 3220-610 | | 3,937.94 | 26,728.73 |
| 06/12/14 | 001003 | LAURA OCON 3454 W. 65TH STREET CHICAGO, IL 60629 | Debtor's Exemption Debtor's Exemption allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 8100-000 | | 15,000.00 | 11,728.73 |
| 06/12/14 | 001004 | IL Dept. of Healthcare and Family Serv. 201 S. Grand Avenue E Springfield, IL 62704 | Payment of Lien/Judgment Public Aid (Medical) Lien allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 4220-000 | | 3,376.52 | 8,352.21 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 13-21627 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | OCON, MAGDALENO | Bank Name: | Associated Bank |
| | OCON, LAURA O. | Account Number / CD #: | *******6958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9217 | | |
| For Period Ending: | 06/23/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| Account *******6958 | Balance Forward | 0.00 | |
| 2 | Deposits | 46,000.00 | 4 Checks 37,647.79 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| | | | 0 Transfers Out 0.00 |
| | Subtotal | $ 46,000.00 | |
| | | | Total $ 37,647.79 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 46,000.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 23, 2014 |

Case Number: 13-21627  
Debtor Name: OCON, MAGDALENO

Priority Sequence (No Pay Hold)

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 001<br>3210-60 | TARPEY JONES & SHROEDER LLC<br>225 W. WACKER DRIVE, SUITE 1515<br>CHICAGO, IL 60606 | Administrative | Compensation allowed per order 5/20/14 | $15,333.33 | $15,333.33 | $0.00 |
| | | | 2221656958     06/12/14    1001 | | 15,333.33 | |
| 001<br>3220-61 | TARPEY JONES & SHROEDER LLC<br>225 W. WACKER DRIVE, SUITE 1515<br>CHICAGO, IL 60606 | Administrative | Expenses awarded per order May 20, 2014 | $3,937.94 | $3,937.94 | $0.00 |
| | | | 2221656958     06/12/14    1002 | | 3,937.94 | |
| 001<br>3110-00 | Baldi Berg, Ltd. | Administrative | | $2,346.00 | $0.00 | $2,346.00 |
| 001<br>2100-00 | Joseph A. Baldi, Trustee | Administrative | | $3,850.00 | $0.00 | $3,850.00 |
| | Subtotal for Priority 001 | | | $25,467.27 | $19,271.27 | $6,196.00 |
| 050<br>4220-00 | IL Dept. of Healthcare and Family Serv.<br>201 S. Grand Avenue E<br>Springfield, IL 62704 | Secured | Public aid lien allowed per order 5/20/14 | $3,376.52 | $3,376.52 | $0.00 |
| | | | 2221656958     06/12/14    1004 | | 3,376.52 | |
| | Subtotal for Priority 050 | | | $3,376.52 | $3,376.52 | $0.00 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC (Citibank (South Dakota),<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $505.90 | $0.00 | $505.90 |
| 000002<br>070<br>7100-90 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $1,502.06 | $0.00 | $1,502.06 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $215.88 | $0.00 | $215.88 |
| | Subtotal for Priority 070 | | | $2,223.84 | $0.00 | $2,223.84 |
| 999<br>8100-00 | LAURA OCON<br>3454 W. 65TH STREET<br>CHICAGO, IL 60629 | Unsecured | | $15,000.00 | $15,000.00 | $0.00 |
| | | | 2221656958     06/12/14    1003 | | 15,000.00 | |
| | Subtotal for Priority 999 | | | $15,000.00 | $15,000.00 | $0.00 |
| | Case Totals: | | | $46,067.63 | $37,647.79 | $8,419.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-21627 PSH
Case Name: OCON, MAGDALENO
          OCON, LAURA O.
Trustee Name: Joseph A. Baldi

Balance on hand                                             $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | IL Dept. of Healthcare and Family Serv. | $ | $ | $ | $ |

Total to be paid to secured creditors                       $_____

Remaining Balance                                           $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ | $ | $ |
| Other: TARPEY JONES & SHROEDER LLC | $ | $ | $ |
| Other: TARPEY JONES & SHROEDER LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank (South Dakota), | $ | $ | $ |
| 000002 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | $ | $ | $ |
| 000003 | American InfoSource LP as agent for | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

   Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

   Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>