# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
OCON, MAGDALENO § Case No. 13-21627
OCON, LAURA O. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Jeffrey P. Allsteadt
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m., on Tuesday, October 21, 2014
        in Courtroom  644, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: Kenneth Gardner_____
                                                               Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| OCON, MAGDALENO | § | Case No. 13-21627 |
| OCON, LAURA O. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 46,000.00 |
| and approved disbursements of | $ | 37,647.79 |
| leaving a balance on hand of[1] | $ | 8,352.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| | IL Dept. of Healthcare and Family Serv. | $ 3,376.52 | $ 3,376.52 | $ 3,376.52 | $ 0.00 |

| | | |
| --- | --- | --- |
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 8,352.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joseph A. Baldi | $ 3,850.00 | $ 0.00 | $ 3,850.00 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 2,346.00 | $ 0.00 | $ 2,346.00 |
| Other: TARPEY JONES & SHROEDER LLC | $ 15,333.33 | $ 15,333.33 | $ 0.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: TARPEY JONES & SHROEDER LLC | $ 3,937.94 | $ 3,937.94 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    6,196.00

Remaining Balance    $    2,156.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,223.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 97.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank (South Dakota), | $ 505.90 | $ 0.00 | $ 490.51 |
| 000002 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.) | $ 1,502.06 | $ 0.00 | $ 1,456.38 |
| 000003 | American InfoSource LP as agent for | $ 215.88 | $ 0.00 | $ 209.32 |

Total to be paid to timely general unsecured creditors    $    2,156.21

Remaining Balance    $    0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-21627-PSH
Magdaleno Ocon                                                        Chapter 7
Laura O. Ocon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross            Page 1 of 1              Date Rcvd: Sep 24, 2014
                              Form ID: pdf006        Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 26, 2014.
db/jdb         +Magdaleno Ocon,    Laura O. Ocon,    3454 West 65th Street,    Chicago, IL 60629-3719
aty            +Baldi Berg & Wallace, Ltd,    20 N. Clark Street,    Suite 200,    Chicago, IL 60602-4120,    COOK
20519496       +Arnoldharris,    Acct No xxxx5047,    600 West Jackson Suite 710,    Chicago, IL 60661-5682
21270852       +Atlas Acquisitions LLC  (Citibank (South Dakota),,    294 Union St.,    Hackensack, NJ 07601-4303
21270853       +Atlas Acquisitions LLC  (HSBC Bank USA, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
20519497       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Of America, N.A.,    Acct No xxxx0271,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410)
20519503       +Stellar Recovery Inc,    Acct No xxx5031,    1327 Us Highway 2 W,    Kalispell, MT 59901-3413

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21470358        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 25 2014 00:15:35
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
20649566       +E-mail/Text: bnc@atlasacq.com Sep 25 2014 00:10:39      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
20519499       +E-mail/Text: bknotice@erccollections.com Sep 25 2014 00:11:41      Enhanced Recovery Co L,
                 Acct No xxxx0192,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20519498       +E-mail/Text: bknotice@erccollections.com Sep 25 2014 00:11:41      Enhanced Recovery Co L,
                 Acct No xxxx6647,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
20519500       +E-mail/Text: bankruptcy@icsystem.com Sep 25 2014 00:17:37      I.C. Systems, Inc.,
                 Acct No xxxxxxx6001,    P.O. Box 64378,    St Paul, MN 55164-0378
20519501       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2014 00:11:29      Midland Funding,
                 Acct No xxxxxx0742,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
20519502       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 25 2014 00:11:29      Midland Funding,
                 Acct No xxxxxx9446,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2014                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2014 at the address(es) listed below:
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com, jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Michael   Dimand    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee mdimand@aol.com,    bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thayer C Torgerson    on behalf of Debtor Magdaleno  Ocon tedtorgerson@hotmail.com
              Thayer C Torgerson    on behalf of Joint Debtor Laura O. Ocon tedtorgerson@hotmail.com
                                                                                             TOTAL: 7