UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
OCON, MAGDALENO § Case No. 13-21627
OCON, LAURA O. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                  Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                  Claims Discharged
                                                   Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joseph A. Baldi_____
                                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LAURA OCON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 |  |  |  |  |  |
|  | IL DEPT. OF HEALTHCARE AND FAMILY S |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG, LTD. | | | | | |
| TARPEY JONES & SHROEDER LLC | | | | | |
| TARPEY JONES & SHROEDER LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arnoldharris 600 West Jackson Suite 710 Chicago, IL 60661 | | | | | |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | I.C. Systems, Inc. P.O. Box 64378 St Paul, MN 55164 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Stellar Recovery Inc 1327 Us Highway 2 W Kalispell, MT 59901 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK (S | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC (HSBC BANK U | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-21627 | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | OCON, MAGDALENO | | Date Filed (f) or Converted (c): | 05/24/13 (f) |
| | OCON, LAURA O. | | 341(a) Meeting Date: | 07/12/13 |
| For Period Ending: | 12/16/14 | | Claims Bar Date: | 02/25/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 3454 West 65th Street Chicago, Illinois 60626 | 182,604.00 | 0.00 | | 0.00 | FA |
| stay lifted per order 4/8/14 | | | | | |
| 2. Cash on Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. Chase Bank checking account | 200.00 | 0.00 | | 0.00 | FA |
| 4. Household Furniture | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. Rings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Car Accident Eric Jones Attorney at Law 225 West W | 15,000.00 | 0.00 | OA | 0.00 | FA |
| Abandoned per order 12/19/13 | | | | | |
| 8. Slip and fall Eric Jones Attorney at Law 225 West | 15,000.00 | 31,000.00 | | 46,000.00 | FA |
| Settlement approved per court order 5/20/14 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 9. 2005 Dodge Caravan Passenger | 3,691.00 | 0.00 | | 0.00 | FA |
| 10. Tools | 3,000.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $222,945.00 | $31,000.00 | | $46,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Magdaleno Ocon was party to personal injury lawsuit as a result of injuries sustained in auto accident; Trustee
determined no value to estate and abandoned Estate's interest.  Laura Ocon party to PI lawsuit as a result of
pre-petition injuries sustained at a grocery store; Trustee received court authority to retain special counsel to
prosecute the PI lawsuit and liquidate the claim for damages; Trustee negotiated with defendant and pursuant to this

Case 13-21627 Doc 48 Filed 01/21/15 Entered 01/21/15 15:18:20 Desc Main
Document Page 8 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 13-21627 Judge: Pamela S. Hollis |
| Case Name: | OCON, MAGDALENO |
| | OCON, LAURA O. |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 05/24/13 (f) |
| 341(a) Meeting Date: | 07/12/13 |
| Claims Bar Date: | 02/25/14 |

Court's order was authorized to settle the PI lawsuit; as a result, the Estate recovered gross proceeds of $46,000.00; as part of his motion to approve the proposed settlement, Trustee obtained court authority to pay his special counsel contingency fees and expenses and to pay Laura Ocon her personal injury exemption; Trustee has reviewed claims and prepared the TFR

Initial Projected Date of Final Report (TFR): 08/31/14     Current Projected Date of Final Report (TFR): 08/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-21627 -PSH | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | OCON, MAGDALENO | Bank Name: | Associated Bank |
| | OCON, LAURA O. | Account Number / CD #: | *******6958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9217 | | |
| For Period Ending: | 12/16/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/14 | 8 | Sedgwick Claims Management Services, Inc on behalf of Pepsico - Mountainview | SETTLEMENT - OCON v CENTRAL GROCERS | 1142-000 | 3,376.52 | | 3,376.52 |
| 06/09/14 | 8 | Sedgwick Claims Management Services, Inc on behalf of Pepsico - Mountainview | SETTLEMENT - OCON v CENTRAL GROCERS | 1142-000 | 42,623.48 | | 46,000.00 |
| 06/12/14 | 001001 | TARPEY JONES & SHROEDER LLC 225 W. WACKER DRIVE, SUITE 1515 CHICAGO, IL 60606 | Special Counsel Fees Final Compensation allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 3210-600 | | 15,333.33 | 30,666.67 |
| 06/12/14 | 001002 | TARPEY JONES & SHROEDER LLC 225 W. WACKER DRIVE, SUITE 1515 CHICAGO, IL 60606 | Special Counsel Expenses Reimbursement of Expenses allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 3220-610 | | 3,937.94 | 26,728.73 |
| 06/12/14 | 001003 | LAURA OCON 3454 W. 65TH STREET CHICAGO, IL 60629 | Debtor's Exemption Debtor's Exemption allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 8100-000 | | 15,000.00 | 11,728.73 |
| 06/12/14 | 001004 | IL Dept. of Healthcare and Family Serv. 201 S. Grand Avenue E Springfield, IL 62704 | Payment of Lien/Judgment Public Aid (Medical) Lien allowed per Court Order dated May 20, 2014 Bankruptcy Case No. 13-21627 - Estate of Magdaleno & Laura Ocon, debtors | 4220-000 | | 3,376.52 | 8,352.21 |
| 10/22/14 | 001005 | Joseph A. Baldi, Trustee | Trustee Compensation | 2100-000 | | 3,850.00 | 4,502.21 |
| 10/22/14 | 001006 | Baldi Berg, Ltd. | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,346.00 | 2,156.21 |
| 10/22/14 | 001007 | Atlas Acquisitions LLC (Citibank (South Dakota), 294 Union St. Hackensack, NJ 07601 | Claim 000001, Payment 96.95790% | 7100-900 | | 490.51 | 1,665.70 |
| | | | Page Subtotals | | 46,000.00 | 44,334.30 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-21627 -PSH | | Trustee Name: | Joseph A. Baldi |
| Case Name: | OCON, MAGDALENO | | Bank Name: | Associated Bank |
| | OCON, LAURA O. | | Account Number / CD #: | *******6958 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9217 | | | |
| For Period Ending: | 12/16/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/22/14 | 001008 | Atlas Acquisitions LLC (HSBC Bank USA, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 96.95884% | 7100-900 | | 1,456.38 | 209.32 |
| 10/22/14 | 001009 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Claim 000003, Payment 96.96127% | 7100-900 | | 209.32 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 46,000.00 | 46,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 46,000.00 | 46,000.00 | |
| Less: Payments to Debtors | | 15,000.00 | |
| Net | 46,000.00 | 31,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********6958 | 46,000.00 | 31,000.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 46,000.00 | 31,000.00 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  1,665.70

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*